IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:14cr76-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF FORFEITURE |
| | ) | |
| SHAUN ISIAH-JEFFREY HINSON, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Government's Motion for Order of Forfeiture (#36).

THIS COURT FINDS AS FOLLOWS:

1. The Bill of Indictment in this case charged Defendant with violations of 18 U.S.C. §2113. The Indictment also provided notice that property was subject to forfeiture pursuant to 18 U.S.C. § 982, and specifically identified a $66,014 forfeiture money judgment as subject to forfeiture.

2. Defendant was convicted of the 18 U.S.C. § 2113 offenses set forth in the Indictment. In his plea agreement, Defendant has consented to forfeiture as alleged in the Indictment.

3. For purposes of Fed. R. Crim. P. 32.2 and based on the Indictment and conviction the Government has established the amount of the money judgment.

4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the

judgment.

5.      The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture as to substitute property to satisfy the money judgment in whole or in part.

IT IS THEREFORE ORDERED that, based upon 18 U.S.C. § 982, this Order shall constitute a money judgment for the following property:

**A forfeiture money judgment in the amount of $66,014 in proceeds of the violations set forth in the Bill of Indictment.**

Signed: January 27, 2015

Max O. Cogburn Jr.
United States District Judge