UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-76-MOC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SHAUN ISIAH-JEFFREY HINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Compassionate Release and Reduction of Sentence. (Doc. No. 68).

Having reviewed Defendant's Motion, the Court finds that a response from the Government is needed to fully consider their merits. Accordingly, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motions for Compassionate Release and Reduction of Sentence within <u>20 days</u> of the entry of this Order.

Signed: June 27, 2022

Max O. Cogburn Jr.
United States District Judge